JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@aporter.com
MATTHEW T. SALZMANN (*Pro Hac Vice*)
Matthew.Salzmann@aporter.com
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Plaintiffs*

FILED
CLERK, U.S. DISTRICT COURT
Apr 8, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, RCRV, INC. d/b/a ROCK REVIVAL, a California corporation, and DEODAR BRANDS, LLC d/b/a MEK DENIM, a California limited liability company.<br><br>Plaintiffs,<br><br>v.<br><br>VAULT DENIM, LLC, a Utah limited liability company, STEVE PRICE, an individual, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No.: 2:13 Civ. 08959 (SVW)(AGRx)<br><br>Hon. Stephen V. Wilson<br><br>[PROPOSED] **PERMANENT INJUNCTION ORDER AND JUDGMENT ON CONSENT** |

WHEREAS, the Plaintiffs in this action are Sweet People Apparel, Inc. d/b/a MISS ME ("Sweet People"), RCRV, Inc. d/b/a ROCK REVIVAL ("RCRV"), and Deodar Brands, LLC d/b/a MEK DENIM ("Deodar Brands") (Sweet People, RCRV and Deodar Brands are hereinafter collectively referred to as "Plaintiffs"); and

WHEREAS, the Defendants in this action are Vault Denim, LLC ("Vault Denim") and Steve Price ("Price") (Vault Denim and Price are hereinafter collectively referred to as "Defendants"); and

WHEREAS, Sweet People owns U.S. copyright registrations for certain designs it uses on and in connection with its MISS ME line of jeanswear products, including its Wing Design (U.S. Copyright Registration No. VA 1-733-502 and Supplementary Registration No. 1-432-644); Fleur-De-Lis Design (U.S. Copyright Registration No. VA 1-418-846); Beaded Cross Design (U.S. Copyright Registration No. VA 1-741-621); Cross Wing Design (U.S. Copyright Registration No. VA 1-740-392); CrossRoads Design (U.S. Copyright Registration No. VA-1-785-057); Split Fleur-De-Lis Design (U.S. Copyright Registration No. VA 1-807-380); Wide M Design (U.S. Copyright Registration No. VA 1-733-503); Angel Wing Design (U.S. Copyright Registration No. VA 1-733-501); Paris Design (U.S. Copyright Registration No. VA 1-770-595); and Ivy Cross Design (U.S. Copyright Registration No. VA 1-786-494) (collectively referred to as the "Sweet People Copyrighted Designs"), copies of the registration certificates for and photographs of the Sweet People Copyrighted Designs as used on MISS ME jeanswear being attached hereto as **Exhibit A** and incorporated herein by reference; and

WHEREAS, Sweet People owns a U.S. trademark registration for its FABRIC CUT OUT DESIGN Trademark (U.S. Trademark Registration No. 4,065,486), a copy of the registration certificate for and photograph of the FABRIC CUT OUT DESIGN Trademark as it appears on MISS ME jeanswear products being attached hereto as **Exhibit B** and incorporated herein by reference; and

WHEREAS, RCRV owns a U.S. trademark registration for its INVERTED

FLEUR-DE-LIS DESIGN Trademark (U.S. Trademark Registration No. 4,248,371), a copy of the registration certificate for and photograph of the INVERTED FLEUR-DE-LIS DESIGN Trademark as it appears on ROCK REVIVAL jeanswear products being attached hereto as **Exhibit C** and incorporated herein by reference; and

WHEREAS, Deodar Brands owns a U.S. trademark registration for its M DESIGN Trademark (U.S. Trademark Registration No. 4,613,153), a copy of the registration certificate for and photograph of the M DESIGN Trademark as it appears on MEK DENIM jeanswear products being attached hereto as **Exhibit D** and incorporated herein by reference; and

WHEREAS, on September 24, 2014, Plaintiffs filed an Amended Complaint in this action (Dkt. No. 58) alleging that Defendants created, designed, purchased, imported, distributed, offered for sale and/or sold certain jeanswear products bearing designs that infringe their rights in and to the Sweet People Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark, RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark and Deodar Brands M DESIGN Trademark, including those attached hereto as **Exhibit E** and incorporated herein by reference; and

WHEREAS, the Court has jurisdiction over the subject matter of this action and over Plaintiffs and Defendants, and venue in this action being proper in this judicial district; and

WHEREAS, Plaintiffs and Defendants have consented to the entry of this Permanent Injunction Order and Judgment on Consent in full and final resolution of the claims asserted between and among them in the Civil Action, as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Vault Denim, its respective subsidiaries, affiliates, divisions, officers, directors, principals, servants, employees, successors and assigns, including its Chief Executive Officer, Jim Paré, and Chief Creative Officer, Steve Price, and all those in active concert or participation with Vault Denim, or under its direct or indirect control, including manufacturers, suppliers, distributors and retailers who receive notice of this

Permanent Injunction Order and Judgment on Consent, are hereby enjoined, restrained and prohibited from:

    a. Manufacturing, designing, creating, copying, imitating, importing, exporting, distributing, supplying, marketing, advertising, promoting, offering for sale or selling any product bearing a design that is substantially similar in overall appearance to, or making any other unauthorized use of, any design that is the subject of a U.S. copyright registration owned by Sweet People, RCRV or Deodar Brands, whether such design is registered at the time of entry of this Permanent Injunction Order and Judgment on Consent, or registered thereafter, so as to constitute an infringement of such registered design in violation of the U.S. Copyright Act, as amended, 17 U.S.C. § 101 *et seq.*; and/or

    b. Manufacturing, designing, creating, copying, imitating, importing, exporting, distributing, supplying, marketing, advertising, promoting, offering for sale or selling any product bearing a design that is confusingly similar to, or making any other unauthorized use of, any design that is the subject of a U.S. trademark registration owned by Sweet People, RCRV or Deodar Brands, whether such design is registered at the time of entry of this Permanent Injunction Order and Judgment on Consent, or registered thereafter, so as to constitute an infringement of such registered design in violation of the Lanham Act, as amended, 15 U.S.C. § 1051 *et seq.*

2. Within ten (10) days following entry of this Permanent Injunction Order and Judgment on Consent, Vault shall provide a copy of this Permanent Injunction Order and Judgment on Consent to its manufacturers, suppliers, and distributors of any products bearing designs that Plaintiffs have alleged infringe their rights in and to the Sweet People Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark, RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark, and Deodar Brands' M DESIGN Trademark.

3. A money judgment in the amount of Two Million Dollars ($2,000,000) shall be entered in favor of Plaintiffs and against Vault Denim and Price, jointly and

severally, such sum representing the portion of the settlement payment agreed upon by the Parties that remains unpaid pursuant to the Parties' Settlement Agreement.

4. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Permanent Injunction Order and Judgment on Consent by way of contempt motion or otherwise.

5. The Parties waive any right to appeal this Permanent Injunction Order Judgment on Consent.

6. The Parties agree that each Party shall bear its own costs and fees associated with this Permanent Injunction Order and Judgment on Consent and the Civil Action.

**IT IS SO ORDERED.**

DATED: April 8, 2015

Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

Submitted By:

ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

By: _____
    John C. Ulin
    Eric D. Mason

*Attorneys for Plaintiffs*

ERICSON & SHAW, LLP
Phillip R. Shaw, Esq. (*Pro Hac Vice*)
phill@ericsonshaw.com
1047 South 100 West, Suite 190
Logan, Utah 84321
Telephone: (213) 243-4000
Facsimile: (435) 753-9302

By: _____
    Phillip R. Shaw

*Attorneys for Defendants*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.